UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 3:17-cr-166-J-32JRK

RICKY D. WILLIAMS, JR.  ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

**O R D E R**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required by 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

A movant for compassionate release bears the burden of proving that a reduction in sentence is warranted. United States v. Heromin, No. 8:11-cr-550-T-33SPF, 2019 WL 2411311, at *2 (M.D. Fla. Jun. 7, 2019); cf. United States v. Hamilton, 715 F.3d 328, 337 (11th Cir. 2013) (a movant under § 3582(c)(2) bears the burden of proving that a sentence reduction is appropriate). In his Motion, Defendant neither alleges nor provides any evidence that he has attempted to exhaust his

administrative remedies, as § 3582(c)(1)(A) requires. The statute's exhaustion requirement is a firm prerequisite for filing a motion for compassionate release in district court, which is not subject to judicially created exceptions. United States v. Alam, 960 F.3d 831, 833-36 (6th Cir. 2020); United States v. Raia, 954 F.3d 594, 597 (3d Cir. 2020).

Accordingly, Defendant Ricky D. Williams's Motion for Compassionate Release (Doc. 40) is **DENIED WITHOUT PREJUDICE** subject to renewal upon satisfying one of § 3582(c)(1)(A)'s exhaustion alternatives (i.e., exhausting administrative remedies or submitting a request for compassionate release to the warden of his facility and waiting at least 30 days).

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of December, 2020.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

Lc 19

Copies:

Counsel of record

Defendant